[No. 10022-3-II. Division Two. September 25, 1987.]

GAS-N-SAVE OF WASHINGTON, INC., *Respondent,* v. WAYNE HENNING, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thur-

ston County, No. 86–2–00574–6, Daniel J. Berschauer, J., entered June 4, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.